227 So.2d 591

**Jules D. BROWN**

v.

**Wilson P. ABRAHAM.**

No. 50103.

Nov. 10, 1969.

In re: Wilson P. Abraham applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 225 So.2d 20.

Writ refused. On the facts found by the Court of Appeal the result is correct.

227 So.2d 591

**Louis A. DiROSA**

v.

**William P. BOSWORTH, Jr.**

No. 50096.

Nov. 10, 1969.

In re: William P. Bosworth, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 42.

Writ refused. No error of law in the judgment complained of.